222

998 P.2d 1113

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 25, 2000**

| | | |
|---|---|---|
| 22203 | State v. Leaea | Affirmed |

**January 26, 2000**

| | | |
|---|---|---|
| 22182 | State v. Norris | Affirmed |
| 22051 | State v. Sher | Affirmed |

**March 7, 2000**

| | | |
|---|---|---|
| 21637 | State v. Pettigrew | Vacated and Remanded |

**March 8, 2000**

| | | |
|---|---|---|
| 22216 | State v. Matsuo | Affirmed |

**March 15, 2000**

| | | |
|---|---|---|
| 22271 | State v. Alapai | Affirmed |

**March 16, 2000**

| | | |
|---|---|---|
| 22036 | Sanchez v. First Ins. Co. of Hawaii, Ltd. | Affirmed |
| 21946 | State v. Toler | Vacated and Remanded |

**April 26, 2000**

| | | |
|---|---|---|
| 22108 | State v. Darick | Reversed |

**May 3, 2000**

| | | |
|---|---|---|
| 13770 | White v. Dedomenico | Affirmed |

**May 5, 2000**

| | | |
|---|---|---|
| 22489 | State v. Hartshorn | Affirmed |